COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON



**ORDER ON MOTION**

Cause number:            01-13-00931-CR

Style:                        Melissa Dromgoole v. The State of Texas

Date motion filed[*]:     August 19, 2014

Type of motion:         Motion to Extend Time to File Appellant's Brief

Party filing motion:    Appellant

Document to be filed:   Appellant's Brief

If motion to extend time:

  Original due date:   May 21, 2014

  Number of extensions granted:  1   Current Due date:  May 21, 2014

  Date Requested:   August 25, 2014

Ordered that motion is:

  ☒ Granted

    If document is to be filed, document due:  August 25, 2014

    ☒  No further extensions of time will be granted.

  ☐ Denied

  ☐ Dismissed (*e.g.*, want of jurisdiction, moot)

  ☐ Other: _____

  **On April 14, 2014, the Clerk of this Court granted appellant's motion for extension of time to file appellant's brief until May 21, 2014. Appellant did not timely file her brief by May 21, 2014, or request an extension. Accordingly, the appellant's second motion, construed as her fourth motion for extension of time, is granted because she only seeks six days, but we inform counsel that no further extensions will be granted. If the appellant's brief is not filed by August 25, 2014, we will abate this case for a hearing under Texas Rule of Appellate Procedure 38.8(b)(2).**

Judge's signature: /s/ Laura C. Higley
      ☒ Acting individually  ☐ Acting for the Court
Panel consists of _____
Date:  August 21, 2014
November 7, 2008 Revision